UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
*TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO*

*Angel Ruiz Rivera*
Plaintiff(s)
*Demandante(s)*

v.

*ICF Incorporated, ET AL, ETAL*
Defendant(s)
*Demandado(s)*

CIVIL NO. _____ (___)
*NÚM. CIVIL.*

PRO BONO PROGRAM
*PROGRAMA PRO BONO*

## MOTION REQUESTING APPOINTMENT OF COUNSEL
*MOCIÓN SOLICITANDO NOMBRAMIENTO DE ABOGADO*

TO THE HONORABLE COURT:
*AL HONORABLE TRIBUNAL:*

Comes now, *Angel Ruiz Rivera*, the above named (plaintiff/defendant) to respectfully request that the Court appoint an attorney to represent me in this matter. I certify under penalty of perjury that I am unable to pay the costs of these proceedings or give security thereof; that I believe I am entitled to redress; that I believe I have a meritorious case; and, that I am unable to litigate this case on my own behalf. In support of this request, I allege and pray, as follows:

*Comparece, _____, el (demandante/demandado) de epígrafe, para solicitarle respetuosamente a este Tribunal el nombramiento de un abogado que me represente en este caso. Certifico, bajo pena de perjurio, que no puedo pagar los costos de estos procedimientos o prestar fianza en el mismo; que creo tener derecho a resarcimiento; que creo tener un caso meritorio y que no puedo litigar este caso por mí mismo/a. En apoyo a esta solicitud, alego y ruego como sigue:*

1. I am financially unable to hire an attorney because:
   *No tengo la capacidad económica para contratar a un abogado porque:*

   (Briefly describe the situation relating to the financial inability to hire an attorney. Petitioner shall attach a Financial Affidavit)
   *(Describa brevemente la situación relacionada a su incapacidad financiera para contratar a un abogado. El Peticionario, tiene que adjuntar un Afidávit Financiero.)*

2. I have made diligent efforts to obtain counsel and contacted the following attorneys:
   *He hecho esfuerzos diligentes para obtener un abogado y me he comunicado con los siguientes abogados:*

WHEREFORE, I declare under penalty of perjury that the information submitted in this motion is true and correct, and respectfully request the appointment of counsel.

*POR TODO LO CUAL, declaro bajo pena de perjurio que la información presentada en esta moción es cierta y está correcta, y respetuosamente solicito el nombramiento de un abogado.*

RESPECTFULLY SUBMITTED.
*RESPETUOSAMENTE SOMETIDO.*

In San Juan, Puerto Rico, this 14th day of December, 2020.
*En San Juan, Puerto Rico, en este día _____ del mes de _____ de _____.*

Signature / *Firma:* [signed]
Name / *Nombre:* Angel Ruiz Rivera
Postal Address / *Dirección Postal:* Ext. Villa Rica, AA-27 Calle Rita, Bayamón, P.R. 00959-5006
Telephone No. / *Núm. de Teléfono:* 787-779-9222
Facsimile No. / *Núm. de Fax:*
Email Address / *Correo electrónico:* angelruizrivera@gmail.com