UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| ANGEL RUIZ RIVERA | CIVIL NO. 20-CV-1715 |
| Plaintiff | |
| | JURY DEMAND |
| | AGE DISCRIMINATION; |
| v. | SEX / GENDER DISCRIMINATION |
| | RETALIATION; |
| ICF INCORPORATED, L.L.C; | UNPAID WAGES, LUNCH AND |
| ABC Insurance Company; | OVERTIME. |
| Person A, B and C | |
| Defendants, | |

MOTION REGARDING PLAINTIFF'S REQUEST FOR THE
APPOINTMENT OF *PRO BONO* COUNSEL

**TO THE HONORABLE COURT**:

NOW COMES the undersigned attorney and very respectfully STATES, ALLEGES AND REQUESTS:

1. On July 7, 2020, Plaintiff filed case 20-CV-01316 (JAG) along with a Motion requesting authorization to proceed *In Forma Pauperis*.[1]

2. Upon the presentation of a Motion Requesting the Appointment of Counsel, the Court granted Plaintiff's request and appointed the undersigned attorney as Plaintiff's *pro bono* counsel. *See* Exhibit 1.

3. Although the case 20-CV-01316 (JAG) was not remanded to an administrative forum within the meaning of Local Rule 83L(o), a notice of voluntary dismissal without prejudice was filed in order to proceed to file an administrative charge before the Equal Opportunity Commission. The Court granted such dismissal without prejudice.[2]

---

[1] See Case 20-cv-01316, Dockets 1 and 2.
[2] See Case 20-cv-01316, Docket 9.

1

4. The administrative charge was, subsequently, filed before the EEOC who has issued Plaintiff a right to sue letter. *See* Exhibit 2.

5. The undersigned filed the above captioned case, on behalf of Plaintiff, in fulfillment of his obligation pursuant to the *pro bono* appointment made by the Court in case 20-CV-01316 (JAG) and <u>not</u> pursuant to a professional services contract signed by and among the Plaintiff and the undersigned.

6. Plaintiff has sought authorization to litigate the above captioned case *In Forma Pauperis* (IFP) and has, also, requested the appointment of *pro bono* counsel in the same.

7. The present filing is made in order to inform and assist the Court in its determination as to Plaintiff's motion to litigate IFP and/or his request for appointment of Counsel.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on December 14, 2020.

**WHEREFORE,** the undersigned counsel respectfully request this Honorable Court take notice of the aforementioned..

S/ David K. Rodríguez Encarnacion
USDC Num. 215707
P.O. Box 29477
San Juan, P.R., 00929-0477
Tel. (787) 775-5759
Fax. (787) 782-9377
Email: dkre@me.com