UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL RUIZ RIVERA<br><br>Plaintiff<br><br>v.<br><br>ICF INCORPORATED, L.L.C;<br>ABC Insurance Company;<br>Person A, B and C<br><br>Defendants, | CIVIL NO. 20-CV-1715<br><br>JURY DEMAND<br>AGE DISCRIMINATION;<br>SEX / GENDER DISCRIMINATION<br>RETALIATION;<br>UNPAID WAGES, LUNCH AND OVERTIME. |

MOTION TO RESTRICT

**TO THE HONORABLE COURT**:

NOW COMES Plaintiff, **ANGEL RIVERA-RUIZ**, through the undersigned previously appointed *Pro Bono* attorney[1] and very respectfully STATES, ALLEGES AND REQUESTS as follows:

1. Plaintiff filed an application[2] and motion[3] to proceed *In Forma Pauperis.*

2. Both documents contain personal information necessary to their proper resolution.

3. Furthermore, Docket 1, Docket 4 and Exhibit 2 to Docket 5 contain information that should have been redacted pursuant to Local Rule 5.2.

4. Due to an error, neither filing was restricted from public viewing.

5. Plaintiff prays the Court restrict Docket 2 and 3 access to *Ex Parte* viewing or such other restriction level as the Court may deem proper.

---

[1] The undersigned counsel was appointed as Pro Bono counsel to Plaintiff in a previous version of the instant cause of action. See Civil No. 2020-cv-01316-JAG , Docket # 5.
[2] Docket # 2.
[3] Docket #3.

1

6. Plaintiff, further, prays the Court restrict Docket 1, 4 and Docket 5 to viewing by the *Parties* or such other restriction level as the Court may deem proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on December 14, 2020.

**WHEREFORE,** the undersigned counsel respectfully request this Honorable Court restrict Dockets # 2 and 3 to *Ex Parte* viewing and Dockets 1, 4 and 5 to viewing by the *Parties*.

S/ David K. Rodríguez Encarnacion
USDC Num. 215707
P.O. Box 29477
San Juan, P.R., 00929-0477
Tel. (787) 775-5759
Fax. (787) 782-9377
Email: dkre@me.com