UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL RUIZ RIVERA<br><br>Plaintiff<br><br>v.<br><br>ICF INCORPORATED, L.L.C;<br>ABC Insurance Company;<br>Person A, B and C<br><br>Defendants, | CIVIL NO. 20-CV-1715<br><br>JURY DEMAND<br>AGE DISCRIMINATION;<br>SEX / GENDER DISCRIMINATION<br>RETALIATION;<br>UNPAID WAGES, LUNCH AND OVERTIME. |

MOTION TO RESTRICT MOTION INFORMING STATUS OF CASE

**TO THE HONORABLE COURT**:

NOW COMES the undersigned counsel and very respectfully STATES, ALLEGES AND REQUESTS as follows:

1. The undersigned counsel filed an informative motion that mentioned or addressed matters considered privileged under this Court's Local Rules and was, thus, filed with an *Ex Parte* restriction.

**WHEREFORE,** the undersigned counsel respectfully request this Honorable Court grant this motion to restrict and maintain the *ex parte* restriction used when filing Docket # 21.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on April 21, 2021.

**CERTIFICATE OF SERVICE**: I hereby certify having send a true and exact copy of the present motion to Plaintiff, Angel Ruiz Rivera, at angelruizrivera@gmail.com.

S/ David K. Rodríguez Encarnacion
USDC Num. 215707
P.O. Box 29477
San Juan, P.R., 00929-0477
Tel. (787) 775-5759
Fax. (787) 782-9377
Email: dkre@me.com