UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ruiz Rivera<br>Plaintiff<br>v.<br><br>ICF Incorporated, LLC et al<br>Defendants | Civil No. 3:2020-cv-01715-GAG-GLS<br><br>PRO BONO PROGRAM |

## NOTICE OF APPOINTMENT OF COUNSEL

On April 26, 2021, the Court issued an Order (ECF No. 25), ordering the appointment of counsel for petitioner Angel A. Ruiz Rivera, pursuant to Local Rule 83L in the manner set below.

1. The counsel appointed to represent petitioner in this case is:

   **Francisco Ojeda, Esq.**
   *Mailing Address:*
   P.O. Box 9023596
   San Juan, PR  00902
   *Telephone:*  7879775050 7874625031
   *E-mail Address:*  fojeda@estrellallc.com

2. Appointed counsel shall contact petitioner within thirty days for an initial consultation.

3. All proceedings in this action are hereby stayed for a period of thirty days from the date of this notice to allow the appointed counsel sufficient time to meet with petitioner and adequately prepare for representation.

4. Petitioner may request the Court to discharge the appointed counsel from representation and to appoint another.  The request shall be made no later than thirty days after petitioner's initial consultation with the appointed attorney.  For good cause shown, this period may be extended by the Court.

5. If second counsel is appointed and subsequently discharged upon request of petitioner, no additional appointment shall be made except on strong showing of good cause.

**BY ORDER OF THE COURT.**

In San Juan, Puerto Rico, this April 26, 2021.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

By:  S/JORGE SOLTERO PALES
            Chief Deputy Clerk