UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ RIVERA

PLAINTIFF

CIVIL 20-01715

FOR: AGE DISCRIMINATION; SEX / GENDER DISCRIMINATION: RETALIATION; UNPAID WAGES, OVERTIME, LUNCH

ICF CORPORATION
ABC INSURANCE COMPANY
PERSONS A, B AND C

DEFENDANTS

---

### SECOND MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT (HC):

Comes now Plaintiff ANGEL RUIZ-RIVERA, Pro Se and very respectfully STATES, ALLEGES AND PRAYS as follows.

On May 7, 2021 I filed a timely motion voluntarily and respectfully requesting the dismissal without prejudice of the instant civil suit for the reasons expounded in same motion.

To this date I am still awaiting for the dismissal respectfully requested.

Heretofore this has been an ex-parte proceeding since the Defendants have never been summoned since the HC did not issue the summons forms because we were first awaiting for the previous judge decision on my IFP application and second on his recusal. Consequentially, there are no legal impediments to grant this voluntary dismissal motion.

I hereby reiterate my petition to this HC. So I State, Allege and Pray. Respectfully submitted, today July 15, 2021.

*[signature]*

Angel Ruiz Rivera
Plaintiff-Pro Se
Ext. Villa Rica
AA-27 Calle Rita
Bayamon, P.R. 00959-5006
787-779-9222
angelruizrivera@gmail.com