**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

**ANGEL A. RUIZ-RIVERA,**

**Plaintiff,**

**v.**                                                          **CIVIL NO. 20-1715 (GAG)**

**ICF CORP., et al.,**

**Defendants.**

## JUDGMENT

As per Plaintiff Angel A. Ruiz-Rivera's motion for voluntary dismissal without prejudice under FED. R. CIV. P. 41 at Docket No. 28 and the Court's Order at Docket No. 29, judgment is hereby entered dismissing without prejudice Plaintiff's above-captioned suit.

**SO ORDERED.**

In San Juan, Puerto Rico this 27th day of July 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge